UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE AVILEZ, ) | CV F 04 6487 OWW SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #21] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| JOANNE WOLFORD, et al., ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. ) | TO ENTER JUDGMENT |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 20, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition for writ of habeas corpus be DISMISSED with prejudice for violating the limitations period set forth in 28 U.S.C. § 2244(d). This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections..

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 20, 2005, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is GRANTED;

3. The petition for writ of habeas corpus is DISMISSED with prejudice; and

4. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:     August 15, 2005**             /s/ Oliver W. Wanger
emm0d6                                                        UNITED STATES DISTRICT JUDGE